Entered on Docket
August 11, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

David M. Crosby, Esq.
Nevada Bar #3499
Troy S. Fox, Esq.
Nevada Bar #11127
CROSBY & ASSOCIATES
711 South Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 382-2600

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| In the matter of: | Case No: BK-08-20454-LBR<br>Chapter 13 |
| Eric Rowland and<br>Angela Rowland, | |
| Debtors. | Date: July 30, 2009<br>Time: 3:30 p.m. |

## ORDER GRANTING AMENDED APPLICATION FOR COMPENSATION OF ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES

This matter having come on for hearing on the 30th day of July, 2009, the Court noting that proper notice was given on the **Application for Compensation of Attorney Fees and Reimbursement of Expenses**, and based upon the papers and pleadings

F:\Bankruptcy\Orders\OrderGrantingFeeApp-Rowland.wpd    1

on file herein, the Application, the oral arguments of Counsel, and good cause appearing:

THIS COURT HEREBY ORDERS as follows:

The **Application for Compensation of Attorney Fees and Reimbursement of Expenses** is hereby APPROVED;

IT IS FURTHER ORDERED that the Trustee is authorized to pay from the above-captioned bankruptcy estate, attorney's fees for professional services rendered by Debtor's Counsel as outlined in the Application, in the amount of $1,510 for Attorney's Fees and $9.34 in Expenses for a Total Amount of $1,519.34;

IT IS FURTHER ORDERED that the above-referenced Fees and Expenses are to be paid to the law firm of CROSBY & ASSOCIATES, 711 South Eighth Street, Las Vegas, Nevada 89101;

IT IS SO ORDERED.

Submitted By:

CROSBY & ASSOCIATES

David M. Crosby, Esq.
Nevada Bar #3499
Troy S. Fox, Esq.
Nevada Bar #11127
CROSBY & ASSOCIATES
711 South Eighth Street
Las Vegas, Nevada 89101
Attorneys for Debtor(s)

Approved/Disapproved

Rick A. Yarnall
Chapter 13 Trustee

2

NOTICE - ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____ The court has waived the requirement of approval under LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Party: Chapter 13 Trustee

_____ Approved    _____ Disapproved    __X__ Failed to Respond

Party: _____

_____ Approved    _____ Disapproved    _____ Failed to Respond

Party: _____

_____ Approved    _____ Disapproved    _____ Failed to Respond

Submitted By:

CROSBY & ASSOCIATES

David M. Crosby, Esq.
Troy S. Fox, Esq.

3